# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Allied Fire Protection Systems     :
and Zurich American     :
Insurance Company,     :
          Petitioners     :
    :
          v.     :    No. 1975 C.D. 2016
    :
Workers' Compensation     :
Appeal Board (Warner),     :
          Respondent     :

## **O R D E R**

NOW, October 30, 2017, upon consideration of petitioners' application for reargument, and respondent's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge